PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Allen Waldrep                                Case Number: 3:00cr90-MEF

Name of Original Sentencing Judicial Officer: Honorable Ira DeMent, Senior U. S. District Judge

Date of Original Sentence: November 29, 2000

Date of Revocation Sentence: May 18, 2005 (sentence imposed by Chief U.S. District Judge Mark E. Fuller)

Original Offense: Conspiracy to Manufacture, Distribute, & Possess with Intent to Distribute Methamphetamine

Revocation Offenses: Failure to Participate in Drug Testing as Directed and Failure to Refrain from Use of a Controlled Substance.

Original Sentence: 57 months followed by 4 years of supervised release

Revocation Sentence: 6 months followed by 2 years of supervised release.

Type of Supervision: Supervised Release    Date Original Supervision Commenced: July 1, 2003

Date Revocation Supervision Commenced: November 7, 2005

Assistant U.S. Attorney: Todd A. Brown                                Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

   The defendant shall participate in the Home Confinement Program for a period of six (6) months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

PROB 12B
(7/93)

2

## CAUSE

On December 15, 2006, Waldrep submitted a urine sample that tested positive for the use of methamphetamine. Waldrep admitted to using methamphetamine on or about December 12, 2006. On November 30, 2006, Waldrep was terminated from the intensive outpatient treatment program at New Choices in Roanoke, Alabama for not following the program rules and regulations. Waldrep is a 35 year old male who has had a long history of drug abuse primarily involving methamphetamine use. While under the supervision of the probation office, he has attended and completed drug treatment programs at the Chemical Addictions Program in Montgomery, Alabama as well as the Fellowship House in Birmingham, Alabama. Waldrep currently lives in Roanoke, Alabama with his elderly mother who has been in declining health this past year. Waldrip is an only child and the home confinement program will allow him the opportunity to care for his mother in addition to hopefully serving as a deterrent to using drugs. Should Waldrep submit another positive drug test, revocation of his supervised release will be sought.

Respectfully submitted,

by   /s/ James Chappell
James Chappell
U.S. Probation Officer
Date: January 25, 2007

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

26 January 2007
Date