◇AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| RICHARD ALLEN WALDREP | Case Number:  3:00CR90-ID |
|  | USM Number:  10672-002 |
|  | Kevin L. Butler |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  1 and 2  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a controlled substance | 02/10/2007 |
| 2 | Failure to follow instructions of the probation officer | 02/10/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  00/00/1971

Defendant's Residence Address:

Roanoke, Alabama 36274

Defendant's Mailing Address:

Same as above

February 27, 2007
Date of Imposition of Judgment

_Signature of Judge_

IRA DEMENT, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

March 15, 2007
Date

Judgment — Page 2 of 3

DEFENDANT: RICHARD ALLEN WALDREP
CASE NUMBER: 3:00CR90-ID

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Twenty-four (24) months.

It is ORDERED that the term of supervised relese imposed on May 18, 2005 is hereby REVOKED.

X  The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to a facility where the 500 hour intensive residential drug treatment program is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 2A — Imprisonment

Judgment—Page 3 of 3

DEFENDANT:      RICHARD ALLEN WALDREP
CASE NUMBER:    3:00CR90-ID

# ADDITIONAL IMPRISONMENT TERMS

The court finds that an upward departure is warranted pursuant to U.S.S.G., Section 7B1.4, Commentary, Application Note 4, because the original sentence was the result of a downward departure for acceptance of responsibility and assisting authorities in the prosecution of his own misconduct.

The court finds that the defendant has been in possession of a controlled substance. Pursuant to 18 U.S.C, section 3583(g), the term of supervised release shall be revoked and he shall be required to serve a term of imprisonment.